AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | **SEALED** |
| SERGEY V. LEBEDENKO, | ) | |
| GALINA A. LEBEDENKO, | ) | Case No. 3:24-mj-00010 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2016 through 11/2023__ in the county of __Multnomah__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud; |
| 18 U.S.C. § 1956 | Money Laundering. |

This criminal complaint is based on these facts:

See the attached affidavit, incorporated herein.

☑ Continued on the attached sheet.

/s/ Jared Rollins by Telephone
*Complainant's signature*

Special Agent Jared Rollins, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __4:08 pm__ a.m./p.m.

Date: __1/22/2024__

/s/ Stacie F. Beckerman
*Judge's signature*

City and state: __Portland, Oregon__    Hon. Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*